UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **ED CV 26-00040 FMO** | Date | **January 7, 2026** |
|---|---|---|---|
| Title | **Carlitos Ricardo Parias Ramales v. Santacruz Jr., et al.** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order Re: Briefing re: Ex Parte Application for Temporary Restraining Order**

Having reviewed Carlitos Ricardo Parias Ramales's ("petitioner") Ex Parte Application for Temporary Restraining Order (Dkt. 4, "Application"), IT IS ORDERED THAT:

1.  Petitioner shall not be removed from the Central District of California pending further order of the court.  Respondents are cautioned that sanctions may be imposed if respondents take any action impairing petitioner's ability to obtain complete relief.

2.  Respondents shall file an opposition no later than **January 9, 2026**.

3.  Petitioner shall file a reply no later than **January 12, 2026**.

4.  Unless the court orders otherwise, petitioner's Application will be deemed submitted, without oral argument, on either:  (a) the day the opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and not filed.  The court may order further briefing or other proceedings, at any time, as appropriate.

5.  Petitioner's counsel shall forthwith provide notice of this Order to respondents and file a proof of service no later than **January 7, 2026**.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |