# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 26-00040 FMO | Date | February 11, 2026 |
|---|---|---|---|

| Title | Carlitos Ricardo Parias Ramales v. Santacruz Jr., et al. |
|---|---|

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

None Present  None Present

**Proceedings:**   **(In Chambers) Order Re: Briefing re: Motion to Amend Habeas Petition**

Having reviewed Carlitos Ricardo Parias Ramales's ("petitioner") Motion to Amend Habeas Petition (Dkt. 15, "Application"), IT IS ORDERED THAT:

1. Respondents shall file an opposition or notice of non-opposition by no later than **February 13, 2026**.

3. Petitioner shall file a reply by no later than **February 16, 2026**.

4. Unless the court orders otherwise, petitioner's Motion will be deemed submitted, without oral argument, on either: (a) the day the opposition/notice of non-opposition is filed, or due and not filed; or (b) the day any reply to the opposition is filed, or due and not filed. The court may order further briefing or other proceedings, at any time, as appropriate.

| | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |