JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CARLITOS RICARDO PARIAS RAMALES,<br><br>Petitioner,<br><br>v.<br><br>SANTACRUZ JR., et al.,<br><br>Respondents. | ) | Case No. ED CV 26-00040 FMO<br><br>**JUDGMENT** |

Pursuant to the Order Re: Amended Petition for Writ of Habeas Corpus, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Respondents shall release petitioner Carlitos Ricardo Parias Ramales (A# 246-059-603) forthwith with all personal effects seized from petitioner, including all identification documents and immigration documentation. Respondents shall not impose any release conditions (e.g., electronic monitoring) on petitioner that were not in place prior to petitioner's arrest or detention in this case unless deemed necessary at a future pre-deprivation bond hearing.

2. Respondents shall file with the court a Notice of Compliance within three (3) calendar days following the filing date of this Order.

3. Respondents shall not re-detain petitioner absent at least seven (7) days individualized notice describing the change in circumstances necessitating petitioner's arrest and/or detention, and a pre-deprivation bond hearing before a neutral decisionmaker at which the government bears

the burden of proving petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community. If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner.

4. The court shall retain jurisdiction over this case to enforce compliance with this Judgment.

5. The above-captioned action is dismissed without prejudice.

Dated this 24th day of November, 2026.

/s/
Fernando M. Olguin
United States District Judge